AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Up to $553,350.00 held in the name of Ultimate Auto ) Case No. **11-MC-0001**
at Vectra Bank NA Account # 4077901405 )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Colorado____ is subject to forfeiture to the United States of America under ___31___ U.S.C. § ___5317___ *(describe the property)*:

Up to $553,350.00 held in the name of Ultimate Auto at Vectra Bank NA Account # 4077901405

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
Applicant's signature

Matthew Garth  Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: January 10, 2011
At 9:00 AM

City and state: Denver, Colorado

_____
Judge's signature

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Affidavit in Support of Application for Seizure Warrant

I, Matthew Garth, after being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with Internal Revenue Service Criminal Investigation ("IRS-CI") since March 2005. My duties and responsibilities include the investigation of possible criminal violations of the Internal Revenue Code (Title 26 United States Code) and related offenses. I received a Bachelor's of Science in Business Administration with a major in both Accounting and Finance and a Master of Accountancy with a concentration in tax from the University of Tennessee in Knoxville. I am also a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE) and attended six months of training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At FLETC, I studied criminal law, financial crimes, tax law, and enforcement operations. Over the past five years, I have conducted or assisted in the investigation of numerous suspected violations of financial fraud, criminal tax fraud, and currency and/or money laundering statutes (Titles 18, 26, and 31, United States Code). I have also participated in the execution of search warrants for financial records as part of these investigations.

2. This affidavit supports applications for seizure warrants for all monies and other things of value up to $553,350.00 contained in subject account number 4077901405, in the name of Ultimate Auto at Vectra Bank NA ("Vectra"). Probable cause exists to believe that such monies are subject to seizure and forfeiture to the United States pursuant to Title 31 U.S.C. § 5317 on the grounds that they constitute property involved in, or traceable to, or identical to deposits structured to avoid currency reporting requirements, in violation of Title 31 U.S.C. § 5324(a).

Currency Transaction Reports and Structuring

1

3. Title 31 U.S.C. § 5313 and 31 C.F.R. Part 103 of the Bank Secrecy Act ("BSA") require any financial institution that engages with a customer in a currency transaction (<u>i.e.</u> a deposit or withdrawal) in excess of $10,000.00 to report that transaction to the Internal Revenue Service on Form 104, Currency Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are conducted by, or on behalf of, the same person, and they result in either currency received or disbursed by the financial institution totaling more than $10,000.00 during any one business day.

4. CTRs are often used by law enforcement to uncover a wide variety of illegal activities including tax evasion and money laundering. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to cause financial institutions to fail to file CTRs. The active steps are referred to as "structuring" or "smurfing" and involve making multiple cash deposits, in amounts less than $10,000.00, to multiple banks and/or branches of the same bank on the same day or consecutive days or within a few days of each other. Structuring is prohibited by Title 31 U.S.C. §5324(a).

5. Based on my training and experience, I know that individuals who acquire cash in the course of their trade, business, or personal ventures, routinely make significant deposits that do not consist of round numbers, such as exactly $8,000.00, $9,500.00, $9,700.00, or $9,900.00. Instead, individuals who routinely acquire cash in their legal trade, business, and personal ventures generally deposit different amounts of money that are not "even" amounts, such as $2,455.31, $6,341.82, or $7,131.19.

6. Based on my training and experience, I also know that when individuals who do not routinely make cash deposits actually make multiple cash deposits of amounts such as $8,000.00, $9,000.00, $9,700.00, $9,800.00, or $9,900.00 over a short period of time, they often are breaking a larger amount of money into separate deposits of amounts of less

than $10,000.00 to avoid triggering the filing of a CTR. When they do this, they are engaging in structuring. Based on the facts of this case, in light of my training and experience, I believe that authorized signor Nadali Atefi did not deposit all the cash he had into the Ultimate Auto bank account when he actually acquired the cash. Rather, it appears that Nadali Atefi acquired lump sums of cash, and then structured it into the subject accounts in amounts of $10,000.00 or less so that it would not trigger the filing of a CTR.

### Structuring into Ultimate Auto's Bank Account

7. Nadali Atefi owns Ultimate Auto which operates a used auto dealership in the Denver, Colorado area. Atefi has been operating Ultimate Auto since May 1, 1994.

### Current Ultimate Auto Bank Account

8. On April 22, 2000, Atefi opened checking account number 4077901405 at Vectra Bank in the name of Ultimate Auto. From the time of opening, the cash deposits into Ultimate Auto's bank account at Vectra Bank have been near but not over the $10,000.00 cash threshold. Between April 26, 2005 and December 31, 2010, there were a total of 1,048 deposits into Vectra Bank account number 4077901405 involving currency, totaling $2,743,995.41. Focusing on the 1,048 deposits during this time period, there were 278 currency deposits into account number 4077901405 which appear to be structured in amounts less than $10,000.01. When combined, the 278 structured transactions totaled $1,111,635.00.

9. Focusing on years 2008-2010, there were 137 currency deposits into account number 4077901405 which appear to be structured in amounts less than $10,000.01. When combined, the 137 structured transactions totaled $553,350.00. From 2005-2007, there were 91 currency deposits into account number 4077901405 totaling $390,785 which appear to be structured in amounts less than $10,000.01.

3

10. From April 26, 2005 through December 31, 2010, thirty-eight CTRs were filed for deposits into Vectra Bank account number 4077901405. All thirty-eight CTRs filed were noted as "multiple transaction". A "multiple transaction" CTR usually means that more than one cash deposit had been made into the same account during the bank's business day, which when aggregated exceeded the $10,000.00 threshold. These are usually identified through the bank's computer software at the end of the day and the customer is unaware that a CTR has been filed. Making multiple deposits in one day into the same account where each deposit is under $10,000.00 but the total daily deposit is over $10,000.00 is often an attempt by the subject to cause the bank to avoid filing a CTR.

11. On November 22, 2010, your Affiant went to Vectra Bank branch #1436 at 3330 W 72nd Ave in Westminster, CO and spoke with a bank employee. She stated that she knows Atefi, but that his office worker, Amanda Campbell is the one that always brings the deposits to the branch. To her knowledge, no one has spoken to Atefi or Campbell about structuring. I asked the employee if Atefi or Campbell make night deposits and she stated that they never make night deposits; they always make deposits in person, either in the lobby or at the drive-through. In cases where business is conducted during nontraditional business hours, it is not uncommon for customers to make deposits at the bank even though the bank is closed. These deposits, whether they are made at night or during the weekend, are referred to by the bank as night deposits and are processed by the bank on the first business day after the deposit was made. If a bank reports two different deposits on Monday, it is possible that one deposit was a night deposit made over the weekend and the other deposit was actually made on Monday. In Ultimate Auto's case, the multiple cash deposits on a single day are not due to night deposits and indicate that multiple deposits were actually made on the same day.

4

12.  Your Affiant contacted a Vectra Bank Compliance Officer who advised that a bank letter was sent to Atefi, dated September 2, 2010, advising Atefi that based on his cash transaction history the bank was enclosing a pamphlet to explain Currency Transaction Reporting (CTR) requirements. Specifically the letter stated "Please review the enclosed pamphlet and consider changing your cash transaction behavior to avoid any future conflicts with the BSA reporting requirements."

13.  Since receiving the letter, the structured activity continued as noted on Exhibit 1. Notably, on September 27, 2010, a deposit of $9,300 in cash was made at 12:13, and at 4:18 another deposit in the amount of $2,000 was made.

14.  Thus, it appears that Atefi has consistently structured currency deposits into the Vectra Bank account for Ultimate Auto since April 26, 2005.

15.  As demonstrated by "Exhibit 1", attached to this affidavit, the pattern of deposits for Ultimate Auto, within the years 2008-2010, has been to make multiple transactions on the same day at different financial institutions or on consecutive days or within a few days of each other at one or more financial institutions which include cash. This gives the appearance that more than $10,000.01 in cash was available to deposit and was held back or conducted into separate accounts in order to avoid the CTR reporting requirements. As such, these transactions constitute structuring. A list of structured transactions from 2008-2010 is attached as Exhibit "1".

Conclusion

16.  In total, between January 28, 2008 and December 23, 2010, Ultimate Auto, through Nadali Atefi, structured $553,350.00 in total, into bank account number 4077901405 at Vectra Bank. As of January 4, 2011, your affiant is aware that the balance for Vectra Bank account number 4077901405 is approximately $503,786.86

5

17. Title 31, United States Code, section 5317(c)(2) provides for the civil forfeiture of any property involved in a structuring violation of Title 31, United States Code, 5324 in accordance with the procedures governing civil forfeitures pursuant to Title 18, United States Code, Section 981(b).

18. Further, 18 U.S.C. Section 984 provides that the government need not identify the specific property involved in and offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

19. In light of the above, there is probable cause to believe that all monies and other things of value contained in account number 4077901405 at Vectra Bank up to $720,850.00 constitute property involved in or traceable to violations of Title 31 U.S.C. § 5324 and, as such, are subject to seizure and forfeiture pursuant to Title 31 U.S.C. § 5317 and Title 18 U.S.C. § 984.

20. Therefore, I request the issuance of seizure warrants based on the forfeiture provisions of Title 31 U.S.C. § 5317 and Title 18, United States Code, Section 984, pursuant to Title 18, United States Code, Section 981(b).

FURTHER THIS AFFIANT SAYETH NOT.

_____
Matthew Garth
Special Agent, IRS-CI

Subscribed and sworn before me this __10th__ day of January, 2011. At 9:00 Am

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

6

**Exhibit 1 - Cash in activity 2008-2010**

| Date | Time | Branch | Teller | Cash In |
|---|---|---|---|---|
| Monday, January 28, 2008 | Unk | 1436 | 11 | 2,000.00 |
| Monday, January 28, 2008 | Unk | 1436 | 11 | 9,300.00 |
| Monday, February 04, 2008 | Unk | 1436 | 14 | 4,500.00 |
| Monday, February 04, 2008 | Unk | 1436 | 12 | 2,000.00 |
| Monday, February 04, 2008 | Unk | 1436 | 08 | 4,500.00 |
| Monday, February 11, 2008 | Unk | 1436 | 11 | 2,800.00 |
| Monday, February 11, 2008 | Unk | 1436 | 04 | 6,200.00 |
| Monday, February 11, 2008 | Unk | 1436 | 05 | 1,500.00 |
| Monday, February 25, 2008 | 1004 | 1436 | 14 | 9,500.00 |
| Monday, February 25, 2008 | 1126 | 1436 | 12 | 5,500.00 |
| Monday, February 25, 2008 | 1221 | 1436 | 05 | 5,000.00 |
| Monday, March 10, 2008 | 0940 | 1436 | 11 | 6,500.00 |
| Monday, March 10, 2008 | 1105 | 1436 | 12 | 3,000.00 |
| Monday, March 10, 2008 | 1456 | 1436 | 12 | 2,000.00 |
| Monday, March 17, 2008 | 0947 | 1436 | 11 | 6,500.00 |
| Monday, March 17, 2008 | 1516 | 1436 | 10 | 1,700.00 |
| Tuesday, March 18, 2008 | 1529 | 1436 | 11 | 2,800.00 |
| Wednesday, April 02, 2008 | 1446 | 1436 | 03 | 2,000.00 |
| Thursday, April 03, 2008 | 1118 | 1436 | 10 | 1,500.00 |
| Thursday, April 03, 2008 | 1628 | 1436 | 06 | 6,500.00 |
| Friday, April 04, 2008 | 1009 | 1436 | 06 | 500.00 |
| Wednesday, May 21, 2008 | 1307 | 1436 | 07 | 3,500.00 |
| Thursday, May 22, 2008 | 1141 | 1436 | 08 | 5,500.00 |
| Friday, May 23, 2008 | 1101 | 1436 | 77 | 8,600.00 |
| Monday, June 16, 2008 | 1138 | 1436 | 09 | 1,400.00 |
| Monday, June 16, 2008 | 1328 | 1436 | 14 | 3,500.00 |
| Tuesday, June 17, 2008 | 0946 | 1436 | 12 | 1,300.00 |
| Tuesday, June 17, 2008 | 1541 | 1436 | 08 | 3,500.00 |
| Tuesday, June 17, 2008 | 1658 | 1436 | 08 | 600.00 |
| Monday, July 21, 2008 | 1014 | 1436 | 15 | 3,000.00 |
| Monday, July 21, 2008 | 1112 | 1436 | 15 | 7,000.00 |
| Tuesday, July 22, 2008 | 0954 | 1436 | 15 | 2,000.00 |
| Tuesday, July 22, 2008 | 1645 | 1436 | 14 | 2,200.00 |
| Monday, August 18, 2008 | 1002 | 1436 | 14 | 6,000.00 |
| Monday, August 18, 2008 | 1616 | 1436 | 14 | 2,500.00 |
| Tuesday, August 19, 2008 | 0937 | 1436 | 14 | 1,500.00 |
| Tuesday, August 19, 2008 | 1518 | 1436 | 14 | 250.00 |
| Monday, September 15, 2008 | 1019 | 1436 | 14 | 4,500.00 |
| Monday, September 15, 2008 | 1418 | 1436 | 12 | 1,300.00 |
| Monday, September 15, 2008 | 1528 | 1436 | 06 | 500.00 |
| Tuesday, September 16, 2008 | 0921 | 1436 | 06 | 3,500.00 |
| Tuesday, September 16, 2008 | 1655 | 1436 | 06 | 1,000.00 |
| Monday, September 22, 2008 | 0932 | 1436 | 08 | 4,500.00 |
| Monday, September 22, 2008 | 0952 | 1436 | 09 | 3,000.00 |
| Monday, September 22, 2008 | 1516 | 1436 | 06 | 5,500.00 |

**Exhibit 1 - Cash in activity 2008-2010**

| Date | Time | Branch | Teller | Cash In |
|---|---|---|---|---|
| Tuesday, October 14, 2008 | 1001 | 1436 | 08 | 5,500.00 |
| Tuesday, October 14, 2008 | 1348 | 1436 | 08 | 4,000.00 |
| Wednesday, October 15, 2008 | 1244 | 1436 | 12 | 3,000.00 |
| Monday, January 26, 2009 | 1204 | 1436 | 06 | 2,500.00 |
| Monday, January 26, 2009 | 1259 | 1436 | 11 | 7,000.00 |
| Tuesday, January 27, 2009 | 1009 | 1436 | 77 | 3,500.00 |
| Tuesday, January 27, 2009 | 1550 | 1436 | 03 | 1,000.00 |
| Monday, February 02, 2009 | 0927 | 1436 | 04 | 9,600.00 |
| Monday, February 02, 2009 | 0955 | 1436 | 14 | 1,500.00 |
| Monday, February 02, 2009 | 1632 | 1436 | 07 | 4,500.00 |
| Monday, February 09, 2009 | 1301 | 1436 | 77 | 5,600.00 |
| Tuesday, February 10, 2009 | 0943 | 1436 | 09 | 4,500.00 |
| Tuesday, February 10, 2009 | 1552 | 1436 | 09 | 3,800.00 |
| Tuesday, February 17, 2009 | 0937 | 1436 | 08 | 9,500.00 |
| Tuesday, February 17, 2009 | 0944 | 1436 | 06 | 4,000.00 |
| Monday, February 23, 2009 | 1112 | 1436 | 09 | 3,500.00 |
| Monday, February 23, 2009 | 1134 | 1436 | 14 | 6,500.00 |
| Monday, February 23, 2009 | 1632 | 1436 | 14 | 2,800.00 |
| Monday, March 02, 2009 | 1002 | 1436 | 09 | 4,500.00 |
| Monday, March 02, 2009 | 1003 | 1436 | 77 | 2,500.00 |
| Monday, March 02, 2009 | 1321 | 1436 | 14 | 4,500.00 |
| Monday, March 02, 2009 | 1621 | 1436 | 14 | 4,000.00 |
| Monday, May 18, 2009 | 1050 | 1436 | 14 | 6,000.00 |
| Tuesday, May 19, 2009 | 1144 | 1436 | 14 | 4,500.00 |
| Monday, June 29, 2009 | 1128 | 1436 | 07 | 4,000.00 |
| Monday, June 29, 2009 | 1145 | 1436 | 06 | 6,000.00 |
| Monday, June 29, 2009 | 1458 | 1436 | 09 | 2,700.00 |
| Monday, July 20, 2009 | 1103 | 1436 | 09 | 8,000.00 |
| Wednesday, July 22, 2009 | 1138 | 1436 | 11 | 4,000.00 |
| Monday, August 24, 2009 | 1014 | 1436 | 09 | 4,000.00 |
| Monday, August 24, 2009 | 1329 | 1436 | 14 | 1,000.00 |
| Monday, August 24, 2009 | 1719 | 1436 | 14 | 1,500.00 |
| Tuesday, August 25, 2009 | 1023 | 1436 | 05 | 5,000.00 |
| Tuesday, August 25, 2009 | 1455 | 1436 | 14 | 2,000.00 |
| Tuesday, September 08, 2009 | 0918 | 1436 | 14 | 2,000.00 |
| Tuesday, September 08, 2009 | 1341 | 1436 | 14 | 3,500.00 |
| Wednesday, September 09, 2009 | 0942 | 1436 | 14 | 3,200.00 |
| Wednesday, September 09, 2009 | 1109 | 1436 | 10 | 3,000.00 |
| Wednesday, September 09, 2009 | 1611 | 1436 | 09 | 1,000.00 |
| Monday, September 14, 2009 | 1006 | 1436 | 10 | 5,000.00 |
| Monday, September 14, 2009 | 1400 | 1436 | 10 | 1,000.00 |
| Tuesday, September 15, 2009 | 0937 | 1436 | 08 | 1,000.00 |
| Tuesday, September 15, 2009 | 1552 | 1436 | 12 | 3,300.00 |
| Tuesday, October 13, 2009 | 1046 | 1436 | 06 | 9,500.00 |
| Tuesday, October 13, 2009 | 1635 | 1436 | 08 | 2,500.00 |

**Exhibit 1 - Cash in activity 2008-2010**

| Date | Time | Branch | Teller | Cash In |
|---|---|---|---|---|
| Friday, January 29, 2010 | 1144 | 1436 | 07 | 2,000.00 |
| Saturday, January 30, 2010 | 0950 | 1436 | 06 | 6,000.00 |
| Monday, February 01, 2010 | 1249 | 1436 | 04 | 8,000.00 |
| Monday, February 01, 2010 | 1502 | 1436 | 04 | 4,300.00 |
| Tuesday, February 02, 2010 | 1547 | 1436 | 08 | 9,000.00 |
| Monday, February 08, 2010 | 1300 | 1436 | 07 | 9,000.00 |
| Tuesday, February 16, 2010 | 1045 | 1436 | 12 | 7,000.00 |
| Tuesday, February 16, 2010 | 1243 | 1436 | 11 | 5,000.00 |
| Monday, March 01, 2010 | 1010 | 1436 | 05 | 9,000.00 |
| Monday, March 01, 2010 | 1600 | 1436 | 14 | 2,000.00 |
| Monday, March 08, 2010 | 0930 | 1436 | 14 | 7,000.00 |
| Monday, March 08, 2010 | 1353 | 1436 | 07 | 2,500.00 |
| Monday, March 08, 2010 | 1747 | 1436 | 12 | 3,000.00 |
| Monday, April 05, 2010 | 1008 | 1436 | 77 | 6,000.00 |
| Tuesday, April 06, 2010 | 1008 | 1436 | 05 | 7,500.00 |
| Monday, May 03, 2010 | 1241 | 1436 | 08 | 9,500.00 |
| Monday, May 03, 2010 | 1513 | 1436 | 77 | 3,500.00 |
| Monday, May 24, 2010 | 0938 | 1436 | 11 | 3,500.00 |
| Monday, May 24, 2010 | 1046 | 1436 | 09 | 5,500.00 |
| Tuesday, May 25, 2010 | Unk | Unk | Unk | 2,000.00 |
| Tuesday, June 01, 2010 | 1141 | 1436 | 08 | 5,000.00 |
| Tuesday, June 01, 2010 | 1144 | 1436 | 07 | 5,600.00 |
| Tuesday, June 01, 2010 | 1352 | 1436 | 14 | 2,500.00 |
| Monday, June 21, 2010 | 0949 | 1436 | 12 | 1,000.00 |
| Monday, June 21, 2010 | 1000 | 1436 | 10 | 9,500.00 |
| Monday, June 21, 2010 | 1626 | 1436 | 14 | 1,500.00 |
| Monday, July 26, 2010 | 0953 | 1436 | 08 | 2,700.00 |
| Monday, July 26, 2010 | 1015 | 1436 | 09 | 4,000.00 |
| Monday, July 26, 2010 | 1429 | 1436 | 09 | 2,000.00 |
| Monday, July 26, 2010 | 1627 | 1436 | 08 | 500.00 |
| Tuesday, July 27, 2010 | Unk | Unk | Unk | 2,000.00 |
| Tuesday, September 07, 2010 | 1427 | 1436 | 14 | 2,500.00 |
| Tuesday, September 07, 2010 | 1720 | 1436 | 12 | 5,000.00 |
| Tuesday, September 07, 2010 | 0959 | 1436 | 14 | 4,500.00 |
| Monday, September 27, 2010 | 1618 | 1436 | 10 | 2,000.00 |
| Monday, September 27, 2010 | 1213 | 1436 | 12 | 9,300.00 |
| Monday, November 22, 2010 | Unk | Unk | Unk | 1,000.00 |
| Monday, November 22, 2010 | Unk | Unk | Unk | 8,000.00 |
| Tuesday, November 23, 2010 | Unk | Unk | Unk | 2,000.00 |
| Monday, December 06, 2010 | Unk | Unk | Unk | 4,000.00 |
| Monday, December 06, 2010 | Unk | Unk | Unk | 2,000.00 |
| Monday, December 06, 2010 | Unk | Unk | Unk | 5,000.00 |
| Monday, December 20, 2010 | Unk | Unk | Unk | 2,000.00 |
| Monday, December 20, 2010 | Unk | Unk | Unk | 3,500.00 |
| Tuesday, December 21, 2010 | Unk | Unk | Unk | 2,000.00 |

**Exhibit 1 - Cash in activity 2008-2010**

| Date | Time | Branch | Teller | Cash In |
|---|---|---|---|---|
| Wednesday, December 22, 2010 | Unk | Unk | Unk | 3,000.00 |
| Thursday, December 23, 2010 | Unk | Unk | Unk | 6,500.00 |
| Total Structured Activity - 2008 through 2010 | | | | **553,350.00** |